No. 89–5733.  KUCHER *v.* MASSACHUSETTS.  C. A. 1st Cir. Certiorari denied.

No. 89–5735.  FAIR *v.* BRONSON, WARDEN.  Sup. Ct. Conn. Certiorari denied.

No. 89–5736.  KIMELMAN *v.* CITY OF COLORADO SPRINGS ET AL.  Ct. App. Colo.  Certiorari denied.

No. 89–5738.  BILDER *v.* CITY OF AKRON.  Ct. App. Ohio, Summit County.  Certiorari denied.

No. 89–5740.  GARDNER *v.* ALABAMA ET AL.  C. A. 11th Cir. Certiorari denied.

No. 89–5746.  CARMACK *v.* HATCHER, WARDEN, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 89–5748.  GALLAGHER *v.* LOGSON-BABICH.  C. A. 6th Cir. Certiorari denied.

No. 89–5752.  MYLES *v.* CASTLE CONSTRUCTION CO. ET AL. C. A. 11th Cir.  Certiorari denied.

No. 89–5754.  PATE *v.* ILLINOIS.  App. Ct. Ill., 4th Dist. Certiorari denied.

No. 89–5770.  NUNEZ *v.* UNITED STATES;
No. 89–5773.  MARTINEZ *v.* UNITED STATES; and
No. 89–5800.  NUNEZ *v.* UNITED STATES.  C. A. 10th Cir. Certiorari denied.  Reported below: No. 89–5770, 877 F. 2d 1470; No. 89–5773, 877 F. 2d 1480; No. 89–5800, 877 F. 2d 1475.

No. 89–5775.  IN HO KIM, AKA SANG IN PAK *v.* UNITED STATES; and
No. 89–5891.  JONG MUN PARK, AKA JONG SOO KIM, ET AL. *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.  Reported below: 885 F. 2d 878.

No. 89–5778.  RADCLIFF *v.* NORTHWEST MANOR, INC., ET AL. Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 89–5782.  FLANERY *v.* UNITED STATES.  C. A. 4th Cir. Certiorari denied.